SLANCO, APPELLANT, *v.* BANNON, JUDGE, ET AL., APPELLEES.

[Cite as Slanco *v.* Bannon (1987), 30 Ohio St. 3d 45.]

(No. 86-41—Decided April 15, 1987.)

*Michael Slanco, pro se.*
*Tim Tusek,* assistant prosecuting attorney, for appellees.

*Per Curiam.* The judgment of the court of appeals dismissing appellant's complaint is hereby affirmed for the reasons stated in the opinion and journal entry of said court of December 12, 1985.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.